# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-3627
_____

ELIJAH UNION,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Duval County.
Mark Borello, Judge.

July 17, 2019

PER CURIAM.

AFFIRMED.

B.L. THOMAS, KELSEY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____


Elijah Union, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.